## IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **SHANNON DEGEORGE,** | : | **CIVIL ACTION NO. 1:23-CV-568** |
| | : | |
| **Plaintiff** | : | **(Judge Conner)** |
| | : | |
| **v.** | : | |
| | : | |
| **MICHAEL KNAPP,** *et al.,* | : | |
| | : | |
| **Defendants** | : | |

## ORDER

AND NOW, this 24th day of June, 2024, upon consideration of the motion for summary judgment (Doc. 24), and the parties' respective briefs in support of and opposition to said motion, and for the reasons set forth in the accompanying memorandum, it is hereby ORDERED that:

1.  The motion for summary judgment (Doc. 24) is DENIED.

2.  An evidentiary hearing to determine whether defendants can establish the affirmative defense of failure to exhaust administrative remedies shall be scheduled by separate order.

/S/ CHRISTOPHER C. CONNER
Christopher C. Conner
United States District Judge
Middle District of Pennsylvania